UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM and PATRICIA WOODWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITIGROUP INC., CHARLES PRINCE, ROBERT E. RUBIN, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANN MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, ANN DIBBLE JORDAN, KLAUS KLEINFELD, AND DUDLEY C. MECUM, and JOHN AND JANE DOES 1-20,<br><br>      Defendants. | No. 07 Civ. 11207<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Citigroup Inc. and Charles Prince.

Dated: January 4, 2008
New York, New York

            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

            By: \s\ Susanna M. Buergel
              Susanna M. Buergel

            1285 Avenue of the Americas
            New York, New York 10019-6064
            Tel: (212) 373-3000
            Fax: (212) 757-3980
            Email: sbuergel@paulweiss.com

            *Attorneys for Citigroup Inc. and Charles Prince*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On January 4, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE; CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.; and DEFENDANTS' RESPONSE TO CONSOLIDATION MOTIONS BY PLAINTIFFS GRAY, TADROS AND BOLLA AND BY PLAINTIFF GOLDSTEIN; on the following:

Lori Gwen Feldman, Esq.
Arvind Khurana, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Attorneys for Alan Stevens

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
4th day of January, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008