UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM and PATRICIA WOODWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, ROBERT E. RUBIN, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANN MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, ANN DIBBLE JORDAN, KLAUS KLEINFELD, AND DUDLEY C. MECUM, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | No. 07 Civ. 11207<br><br>ECF Case |
| FRANCIA BRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10,<br><br>Defendants. | No. 07 Civ. 11369<br><br>ECF Case |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CITIGROUP INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Citigroup Inc. hereby state that Citigroup Inc. is a publicly traded corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 4, 2008
New York, New York

                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

                By: _____
                     Brad S. Karp (bkarp@paulweiss.com)
                     Lewis R. Clayton (lclayton@paulweiss.com)

                1285 Avenue of the Americas
                New York, New York  10019-6064
                Tel.   (212) 373-3000
                Fax    (212) 757-3980

                WACHTELL, LIPTON, ROSEN & KATZ

                By: _____
                     Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
                     George T. Conway (gtconway@wlrk.com)
                     Jonathan M. Moses (jmmoses@wlrk.com)
                     John F. Lynch (jflynch@wlrk.com)

                51 West 52nd Street
                New York, New York  10019-6150
                Tel.   (212) 403-1000
                Fax    (212) 403-2000

                *Attorneys for Defendant Citigroup Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On January 4, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE; CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.; and DEFENDANTS' RESPONSE TO CONSOLIDATION MOTIONS BY PLAINTIFFS GRAY, TADROS AND BOLLA AND BY PLAINTIFF GOLDSTEIN; on the following:

                 Lori Gwen Feldman, Esq.
                  Arvind Khurana, Esq.
       Milberg Weiss Bershad & Schulman LLP
                 One Pennsylvania Plaza
                  New York, NY 10119

                Attorneys for Alan Stevens

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
4th day of January, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008