UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM AND PATRICIA WOODWARD, )<br>Individually and On Behalf of All Others )<br>Similarly Situated )<br>      Plaintiffs, )<br>   )<br> vs. )<br>   )<br>   )<br>CITIGROUP INC., CHARLES PRINCE, )<br>ROBERT E. RUBIN, C. MICHAEL )<br>ARMSTRONG, ALAIN J.P. BELDA, )<br>GEORGE DAVID, KENNETH T. DERR, )<br>JOHN M. DEUTCH, ROBERTO )<br>HERNÁNDEZ RAMÍREZ, ANDREW N. )<br>LIVERIS, ANN MULCAHY, RICHARD D. )<br>PARSONS, JUDITH RODIN, ROBERT L. )<br>RYAN, FRANKLIN A. THOMAS, ANN )<br>DIBBLE JORDAN, KLAUS KLEINFELD )<br>AND DUDLEY C. MECUM, and JOHN AND )<br>JANE DOES 1-20, )<br>      Defendants. ) | **Civil Action No. 07 CV 11207 (SHS)** |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that I mailed

on this date copies of the following documents properly addressed and postage prepaid, to the

party listed on the attached service list:

1. Complaint For Violations Of The Employee Retirement Income Security Act

2. Summons

DATED this 22nd day of January, 2008.

_____
Florine Fujita

## SERVICE LIST

Brad S. Karp, Esq.
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019